JOHN D. MERRIMAN V. J. R. BLANTON.

ACTION brought before a justice of the peace of Rush county, by *Blanton* against *Merriman*, to recover for certain improvements on the E. ½ of the S.W. ¼ of sec. 21, tp. 18, range 19, west, in said county, sold by plaintiff to the defendant. Trial and judgment for the plaintiff, May 5, 1880, for $90 and costs. The defendant appealed to the district court, where, at the November Term, 1880, the plaintiff had judgment for $45 and costs. *Merriman* brings the case here.

*Fierce & Cline,* for plaintiff in error.
*S. W. Taylor,* for defendant in error.

*Per Curiam:* The judgment in this case is affirmed, on the authority of *Moore v. McIntosh,* 6 Kas. 39; *Patton v. Mills,* 21 Kas. 163; *Bell v. Parks,* 18 Kas. 152; *Lapham v. Head,* 21 Kas. 332; *Williams v. Townsend,* 15 Kas. 564; *Hentig v. Kernke,* ante, p. 559.